UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-MJ-06389-DSW-1

UNITED STATES OF AMERICA,
Plaintiff,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

Zyaire Wilkins
Defendant.

_____/

COMES NOW Zyaire Wilkins and

files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing documents** necessary to

collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): BRIAN Kielew

Counsel's Signature: _____

Address (include City/State/Zip Code):

2103 Coral Way, Ste 401
Miami, FL 33145

Telephone: 305-521-0484     Florida Bar Number: 67218

Date: 7/15/26