# COURT MINUTES/ORDER

## United States Magistrate Judge Detra Shaw-Wilder

**COURTROOM 203D**          Date: 7/15/2026          Time: 11:00 AM

Defendant: Zyaire Wilkins          J#: 78313-512   Case #: 0:26-MJ-6389-DSW

AUSA: **Michael A. Augustin**          Attorney: **Brian Kirlew (Temp)**

Violation:   Conspiracy to Obtain Information by Computer for Private Financial Gain

Proceeding: Initial Appearance – Rule (5)(c)(3)/40          CJA Appt:

Bond/PTD Held: ○ Yes   ● No          Recommended Bond: Pretrial Detention

Bond Set at:          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language:   English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol/drugs

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses/

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
   Defendant advised of rights and charges. Joint Ore Tenus motion for PTD  and Removal hearing – Granted. See temporary notice of appearance filed by Private Counsel Brian Kirlew in open court.

---

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:

**PTD/Removal**   **7/20/26 at 10:00am FTL DUTY**

Prelim/Arraign or Removal:

Extradition hearing:

D.A.R.  11:22:44          Time in Court:  8 minutes

**CHECK IF APPLICABLE: __For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..**